1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) MDL No. 1917 ) |
| | ) Case No. 07-5944-SC |
| | ) |
| This Order Relates To: | ) ORDER AMENDING ORDER ) APPOINTING SPECIAL MASTER |
| ALL CASES | ) ) |
| | ) |

14       On June 16, 2008, the Court appointed the Special Master in

15  this case.  ECF No. 302 ("Appointing Order").  Paragraph 16 of the

16  Appointing Order provided the following procedure for responding to

17  orders, reports, or recommendations filed by the Special Master:

18          Any party wishing to file objections to or a motion to
        adopt or modify the Special Master's orders, reports,
19      and/or recommendations must file such objections or
        motion with the Court within fourteen (14) days from the
20      day the Special Master filed the order, report, and/or
        recommendation via ECF.  Any order issued by the Special
21      Master shall remain in effect pending any such objection
        or motion.
22

23  Appointing Order ¶ 16 ("Paragraph 16").

24       The Court notes that Paragraph 16 does not provide for the

25  filing of a response to any objections that may be made.  In the

26  interest of giving the parties further opportunity to be heard, the

27  Court hereby AMENDS Paragraph 16 to provide the parties with an

28  opportunity to respond to objections, as well as rules governing

**United States District Court**
For the Northern District of California

1  the content and length of objections and responses.  Paragraph 16

2  now reads as follows (with additions emphasized):

3     Any party wishing to file objections to or a motion to
      adopt or modify the Special Master's orders, reports,
4     and/or recommendations must file such objections or
      motion with the Court within fourteen (14) days from the
5     day the Special Master filed the order, report, and/or
      recommendation via ECF.  <u>If an objection is filed, any</u>
6     <u>party may file a responsive brief no more than seven (7)</u>
      <u>days after the objection is filed in ECF.</u>  As to content
7     and length, any objections or response briefs shall
      conform to Civil Local Rule 7-4.  Any order issued by the
8     Special Master shall remain in effect pending <u>the Court's</u>
      <u>ruling on</u> any such objection or motion.

9

10     This amendment is effective immediately and applies in

11  connection with any further Reports issued by the Special Master.

12  It also applies to the Objection filed on June 13, 2012 by

13  Defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa").  ECF No. 1229

14  ("Obj'n").  Hence, parties who wish to respond to Chunghwa's

15  Objection may do so by filing a brief, consistent with the

16  guidance herein, no more than seven days after the signature date

17  of this Order.

18

19     IT IS SO ORDERED.

20

21     Dated:  June 18, 2012

22                                    _____
                                      UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

2